JOHN J. McHALE *vs.* THEODORE ROSENBLATT.

APRIL 17, 1936.

PRESENT: Moss, Capotosto, Baker, and Condon, JJ.

PER CURIAM. After the opinion of this court was filed, the respondent, by leave of court, filed a motion for reargument. The motion has been duly considered by the court, and as it does not contain any matter which was not fully considered by the court before delivering its opinion, the motion is denied and dismissed.

*Raymond J. McMahon*, for complainant.

*Morris Berick*, for respondent.